```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF RHODE ISLAND
```

In re:

        DAVID M. IDEN                        BK-13-12173
        KRISTIN KING IDEN
            Debtors                      CHAPTER 13

## OBJECTION TO ALLOWANCE OF CLAIM

The trustee objects to the allowance claim no. 24 filed by Exeter Fuel in the amount of $2,818.85 on the grounds that said claim was not timely filed.

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed.R.Bank.P. 9006(f) if served by mail, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Mall, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you timely file such a response, you will be given thirty (30) days notice of the hearing date for this objection.

                                            /s/John Boyajian
                                            John Boyajian, Trustee
                                            182 Waterman Street
                                            Providence, RI 02906
                                            (401) 223-5550

## CERTIFICATION

I hereby certify that a copy of the within Objection was mailed, postage prepaid, to Exeter Fuel, c/o Janet Goldman, Esq., 51 Jefferson Blvd., Warwick, RI 02888 and electronically mailed to Janet J. Goldman, Esq. at jgoldmanlawri@jggoldman.com on February 5, 2014.

                                            /s/ Martha Hunt