B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Rhode Island

In re: David M. Iden and Kristin King Iden
a/k/a Kristen King a/k/a Kristen Iden

Case No. 13-12173

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A | RBS Citizens, NA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Carrington Mortgage Services, LLC
1600 South Douglass Road, Anaheim, CA 92806
Phone: 1-800-541-4567
Last Four Digits of Acct #: 3460

Court Claim # (if known): 12-1
Amount of Claim: $424,584.83
Date Claim Filed: 10/10/2013

Phone: 804-627-4334
Last Four Digits of Acct. #: 5839

Name and Address where transferee payments should be sent (if different from above):
Carrington Mortgage Services, LLC
POB 3730, Anaheim,
CA 92806
Phone: 1-800-541-4567
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Joseph M. Dolben         Date: 11/1/2016
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF RHODE ISLAND (PROVIDENCE)

In Re:  David M. Iden                                  Chapter 13
Kristen King Iden                                      Case No.:  13-12173
a/k/a Kristin King
a/ka Kristin Iden

     Debtor
_____/

## CERTIFICATE OF SERVICE

    I, Joseph Dolben, Esq., of Marinosci Law Group, P.C., do hereby certify that on November 1, 2016 I served a copy of the Transfer of Claim on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

    Signed this 1st day of November, 2016.

                                                   /s/ Joseph Dolben, Esq._____
                                                Joseph Dolben, Esq., #7916
                                                Marinosci Law Group, P.C.
                                                275 West Natick Road, Suite 500
                                                Warwick, RI 02886
                                                Telephone: (401) 234-9200

<u>VIA ECF</u>
Janet J. Goldman, Esq., on behalf of Debtor
Gary L. Donahue, on behalf of the US Trustee
John Boyajian, on behalf of the Trustee

<u>VIA US MAIL</u>
David M. Iden
Kristin King Iden
789 Oak Hill Road
North Kingstown, RI 02852