UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

    DAVID M. IDEN                                BK- 13-12173
    KRISTIN KING IDEN
        Debtor(s)                           CHAPTER 13

### NOTICE OF FINAL CURE PAYMENT

    Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default for the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor: Carrington Mortgage Services, LLC
Trustee Claim #: 12
Last 4 digits of any number used to identify
  the Debtor's account: 3460

Final Cure Amount:

    Amount of Allowed Pre-petition Arrearage: $55,261.16
    Amount Paid by Trustee:                 $55,261.16

Monthly Ongoing Mortgage Payment is Paid:

    __ Through the Chapter 13 Trustee conduit
    X  Directly by the Debtor

    Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Bankruptcy Code §1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated: February 27, 2019        Respectfully submitted,


                                       /s/John Boyajian
                                       John Boyajian, Trustee
                                       400 Westminster St. Box 12
                                       Providence, RI 02903
                                       Tel:(401) 223-5550
                                       Fax:(401) 223-5548

<u>CERTIFICATION</u>

      I hereby certify that a copy of the within Notice was mailed, postage prepaid, to:

Mr. & Mrs. David M. Iden
789 Oak Hill Road
N. Kingstown, RI 02852

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

and electronically mailed to:

Janet J. Goldman, Esq. at [jgoldmanlawri@jggoldman.com](mailto:jgoldmanlawri@jggoldman.com)

James G. Atchison, Esq. at [james.atchison@gmail.com](mailto:james.atchison@gmail.com)

on February 27, 2019.

                                        /s/ Alicia Dias