# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

In re:  DAVID M. IDEN  
       KRISTIN KING IDEN  
       Debtor(s)

Case No.: 13-12173

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

John Boyajian, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  08/15/2013.
2) The plan was confirmed on  12/11/2013.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was completed on  09/07/2018.
6) Number of months from filing or conversion to last payment:  61.
7) Number of months case was pending:  66.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  NA.
10)  Amount of unsecured claims discharged without full payment:  405,145.81.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $70,180.00 |
| Less amount refunded to debtor: | $580.00 |
| **NET RECEIPTS:** | **$69,600.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $4,000.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $3,873.12 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$7,873.12** |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| A&P LANDSCAPING CO. | Unsecured | 7,000.00 | 7,000.00 | 7,000.00 | 130.77 | .00 |
| ACADEMY COLLECTION SERVICE, INC. | Unsecured | NA | NA | NA | .00 | .00 |
| ACCOUNT RECOVERY SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| ALLIANCE ONE | Unsecured | NA | NA | NA | .00 | .00 |
| AMER. INFOSOURCE FOR MIDLAND | Unsecured | 1,249.00 | 1,249.33 | 1,249.33 | 23.34 | .00 |
| AMERICAN GENERAL FINANCE | Unsecured | 2,820.59 | NA | NA | .00 | .00 |
| AMERICAN INFOSOURCE | Unsecured | 694.98 | 264.11 | 264.11 | 4.94 | .00 |
| AMERICAN INFOSOURCE | Unsecured | NA | 75.87 | 75.87 | 1.41 | .00 |
| ANTIO, LLC | Unsecured | 15,109.46 | 15,109.46 | 15,109.46 | 282.26 | .00 |
| APPLEBAUM LAW OFFICE | Unsecured | NA | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | Unsecured | 2,675.76 | 2,706.63 | 2,706.63 | 50.56 | .00 |
| BANK OF NEWPORT | Unsecured | 11,395.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re: DAVID M. IDEN  
      KRISTIN KING IDEN  
      Debtor(s)

Case No.: 13-12173

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK USA NA | Unsecured | 8,339.00 | 8,601.70 | 8,601.70 | 160.69 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 5,932.43 | 5,570.25 | 5,570.25 | 104.06 | .00 |
| CARRINGTON MORTGAGE SERVICES, L | Secured | 424,584.83 | 55,261.16 | 55,261.16 | 55,261.16 | .00 |
| CAVALRY PORTFOLIO SERVICES LLC | Unsecured | 7,711.00 | 8,121.47 | 8,121.47 | 151.72 | .00 |
| CHASE | Unsecured | 3,024.78 | NA | NA | .00 | .00 |
| CHASE | Unsecured | 12,340.43 | NA | NA | .00 | .00 |
| CITI BANK | Unsecured | 8,461.00 | NA | NA | .00 | .00 |
| CITIBANK USA, NA | Unsecured | 2,470.00 | NA | NA | .00 | .00 |
| CITIZENS BANK | Unsecured | 955.52 | NA | NA | .00 | .00 |
| CITIZENS BANK | Unsecured | 419.00 | NA | NA | .00 | .00 |
| COX COMMUNICATIONS | Unsecured | 505.82 | NA | NA | .00 | .00 |
| ED FINANCIAL SERVICES | Unsecured | 56,803.00 | NA | NA | .00 | .00 |
| EDWIN W. WHITFORD, SR. | Unsecured | 5,000.00 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY CORPORATION | Unsecured | NA | NA | NA | .00 | .00 |
| EXETER FUEL | Unsecured | 1,840.15 | 2,818.85 | .00 | .00 | .00 |
| FIDELITY INVSTMNTS INSTITUTIONAL C | Unsecured | 11,229.02 | NA | NA | .00 | .00 |
| GAP | Unsecured | 1,813.00 | NA | NA | .00 | .00 |
| GE CAPITAL | Unsecured | 1,150.00 | NA | NA | .00 | .00 |
| IC SYSTEMS INC | Unsecured | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 232.09 | 232.09 | 232.09 | 4.33 | .00 |
| KLR & CO., LTD. | Unsecured | 1,008.00 | NA | NA | .00 | .00 |
| LANE BRYANT | Unsecured | 518.00 | NA | NA | .00 | .00 |
| LIFE SPAN MEDICAL | Unsecured | 6,107.00 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 13,845.85 | 8,225.49 | 8,225.49 | 153.66 | .00 |
| LVNV FUNDING LLC | Unsecured | 2,974.88 | 2,562.88 | 2,562.88 | 47.88 | .00 |
| LVNV FUNDING LLC | Unsecured | 594.00 | 91.61 | 91.61 | 1.71 | .00 |
| LVNV FUNDING LLC | Unsecured | NA | 805.69 | 805.69 | 15.05 | .00 |
| LVNV FUNDING LLC | Unsecured | 2,094.00 | 1,251.80 | 1,251.80 | 23.39 | .00 |
| NATIONAL GRID | Unsecured | 1,900.00 | 1,528.56 | 1,528.56 | 28.55 | .00 |
| NBK ENCYCLOPEDIA | Unsecured | 232.09 | NA | NA | .00 | .00 |
| NLC INSURANCE COMPANIES | Unsecured | 2,677.00 | NA | NA | .00 | .00 |
| NORWEST FINANCIAL | Unsecured | 24.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 4,605.00 | 3,685.45 | 3,685.45 | 68.85 | .00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | NA | NA | NA | .00 | .00 |
| RHODE ISLAND HOSPITAL | Unsecured | 100.00 | NA | NA | .00 | .00 |
| STATE OF RHODE ISLAND | Priority | 2,574.79 | 100.07 | 100.07 | 100.07 | .00 |
| STATE OF RHODE ISLAND | Unsecured | NA | 396.84 | 396.84 | 7.42 | .00 |
| TD BANK USA, N.A. | Unsecured | 4,479.00 | 5,572.84 | 5,572.84 | 104.11 | .00 |
| TD BANK USA, N.A. | Unsecured | 1,619.00 | NA | NA | .00 | .00 |
| TOWN OF NORTH KINGSTOWN | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

In re: DAVID M. IDEN  
      KRISTIN KING IDEN  
      Debtor(s)

Case No.: 13-12173

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TOWN OF NORTH KINGSTOWN | Unsecured | 419.15 | NA | NA | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | Secured | 23,270.00 | 23,270.38 | .00 | .00 | .00 |
| US DEPT OF EDUCATION | Unsecured | 68,130.00 | 68,596.24 | 68,596.24 | 1,281.47 | .00 |
| US DEPT. OF EDUCATION | Unsecured | 126,403.00 | 134,831.10 | 134,831.10 | 2,478.79 | .00 |
| US TREASURY | Priority | 1,140.38 | 1,240.38 | 1,240.38 | 1,240.38 | .00 |
| US TREASURY | Unsecured | 16.71 | NA | NA | .00 | .00 |
| US TREASURY | Unsecured | NA | 16.71 | 16.71 | .31 | .00 |
| WOMAN AND INFANTS | Unsecured | 20.00 | NA | NA | .00 | .00 |
| WOODS HEATING SERVICE INC. | Unsecured | 1,962.85 | NA | NA | .00 | .00 |
| YALE MEDICAL GROUP | Unsecured | 684.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 55,261.16 | 55,261.16 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 55,261.16 | 55,261.16 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 1,340.45 | 1,340.45 | .00 |
| **TOTAL PRIORITY:** | 1,340.45 | 1,340.45 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 276,496.12 | 5,125.27 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $7,873.12 |
| Disbursements to Creditors: | $61,726.88 |
| **TOTAL DISBURSEMENTS:** | $69,600.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 02/19/2019       By: /s/John Boyajian  
                                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.