```
                    UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF RHODE ISLAND
```

In re:

    DAVID M. IDEN                                            BK- 13-12173
    KRISTIN KING IDEN
        Debtor(s)                                  CHAPTER 13

## ADDENDUM TO CHAPTER 13 STANDING TRUSTEE'S
## FINAL REPORT AND ACCOUNT

  To the Trustee's knowledge, there are no domestic support obligations due to be paid by the debtors.

 

                                          /s/John Boyajian
                                          John Boyajian
                                          Chapter 13 Trustee
                                          400 Westminster St. Box 12
                                          Providence, RI 02903
                                          (401) 223-5550