Fill in this information to identify the case:

Debtor 1 ____David M. Iden_____

Debtor 2 ____Kristin King Iden a/k/a Kristin King a/k/a Kristin Iden____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of __RI____
                                                                           (State)

Case number ____13-12173_____

# Form 4100R
## Response to Notice of Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF UPLAND MORTGAGE LOAN TRUST A

**Court claim no.** (if known): __12-1__

**Last 4 digits** of any number you use to identify the debtor's account: __3__ __4__ __6__ __0__

**Property address:** __789 Oak Hill Road__
                        Number    Street

__North Kingstown__  __RI__  __02852__
City                 State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  __06__ / __01__ / __2019__
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                              (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:       + (b) $ _____

c. **Total**. Add lines a and b.                                         (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ___/____/_____
                                                                              MM / DD / YYYY

Debtor 1 __David M. Iden__  Case number (*if known*) __13-12173__
         First Name  Middle Name  Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/ Jospeh M. Dolben__    Date __03/20/2019__
   Signature

Print __Joseph  M.  Dolben__    Title __Bankruptcy Attorney__
      First Name  Middle Name  Last Name

Company __Marinosci Law Group, P.C.__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address __275 West Natick Road, Suite 500__
        Number      Street

__Warwick__           __RI__    __02886__
City                  State    ZIP Code

Contact phone (__401__) __234__ – __9200__    Email __jdoblen@mlg-defaultlaw.com__

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF RHODE ISLAND (PROVIDENCE)

| | |
|---|---|
| In Re: | Chapter 13 |
| David M. Iden | Case No.: 13-12173 |
| Kristin King Iden | |
| a/k/a Kristin King | |
| a/k/a Kristin Iden | |
| | |
| Debtor | |
| _____/ | |

## CERTIFICATE OF SERVICE

    I, Joseph Dolben, Esq., of Marinosci Law Group, P.C., do hereby certify that on March 20, 2019. I served a copy of the Response to Notice of Final Cure on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

    Signed this 20th day of March, 2019.

                                               /s/ Joseph Dolben, Esq.
                                               Joseph Dolben, Esq., #7916
                                               Marinosci Law Group, P.C.
                                               275 West Natick Road, Suite 500
                                               Warwick, RI 02886
                                               Telephone: (401) 234-9200

<u>VIA ECF</u>
Janet J. Goldman, Esq., on behalf of Debtor
Gary L. Donahue, on behalf of the US Trustee
John Boyajian, on behalf of the Trustee

<u>VIA US MAIL</u>
David M. Iden
789 Oak Hill Road
North Kingstown, RI 02852


Kristin King Iden
789 Oak Hill Road
North Kingstown, RI 02852